UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MALCOLM BROOKS,<br><br>                               Plaintiff,<br><br>v.<br><br>STATE OF NEVADA,<br><br>                               Defendant. | Case No. 2:21-cv-00401-KJD-VCF<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Ferenbach's Report and Recommendation (ECF #8). Plaintiff Malcolm Brooks ("Brooks") filed a *pro se* notice of removal and application for leave to proceed *in forma pauperis* on March 3, 2021. (ECF #1). Brooks appeared to be attempting to remove a case from Las Vegas Municipal Court involving Brooks' traffic citation. (ECF #1-1). The removal notice also alleged that the State of Nevada violated Brooks' constitutional rights when officers arrested and handcuffed him without a warrant. Id. at 2. Brooks sought compensation for interfering with his enjoyment of and trespass on property in the amount of $1,000,000 and for his continued emotional damage in the amount of $1,000,000. Id.

Magistrate Judge Ferenbach granted Brooks' application to proceed *in forma pauperis*. (ECF #4). Judge Ferenbach interpreted Brooks' notice of removal as a complaint and dismissed it with leave to amend. Id. Brooks had until May 10, 2021 to file an amended complaint that stated a legitimate claim for relief, instead of alleging that his arrest violated Articles IV–VI of the U.S. Constitution. Id. Brooks was warned that failure to timely file an amended complaint that addresses the deficiencies noted in the order "may result in a recommendation that the dismissed claims be dismissed with prejudice." Id. There is an entry in the docket labeled "Complaint," but it is a re-filing of Brooks' notice of removal. (ECF #6). Judge Ferenbach issued this Report and Recommendation that the case be dismissed because Brooks did not file an

amended complaint or an objection to the court's previous order. (ECF #8, at 2).

Brooks then filed an objection to the Report and Recommendation, indicating that he had filed a response to the court's initial order, but it was lost in the clerk's office and not filed. (ECF #9, at 1). The objection included an "amended claim" naming the State of Nevada and the City of Las Vegas as the defendants[1], alleging violations of Brooks' constitutional rights under the Fourth, Fifth, and Sixth Amendments, and requested damages in the amount of $1 million per defendant. Id. at 5.

Brooks attempted to cure the deficiencies of his complaint in his amended complaint. However, Brooks has not named an individual defendant, and as Judge Ferenbach explained in his initial order, "[w]aiver of a State's Eleventh Amendment immunity will not be found unless such consent is 'unequivocally expressed.'" (ECF #4, at 4). Additionally, Brooks filed a notice of withdrawal of his petition for removal that the Court is reading as a complaint. Brooks has filed another complaint[2] against individual defendants for this same cause of action in this court. Because Brooks failed to cure the deficiency of his complaint and withdrew his complaint, this action must be dismissed.

Accordingly, IT IS HEREBY ORDERED that Judge Ferenbach's Report and Recommendation is **ADOPTED** and **AFFIRMED** in part.

IT IS FURTHER ORDERED that the case be **DISMISSED** without prejudice. Dated this 2nd day of August, 2021.

_____
Kent J. Dawson
United States District Judge

---

[1] Brooks erroneously names the State of Nevada and the City of Las Vegas as plaintiffs in the action, believing that this is a petition for removal instead of a complaint. Construing Brooks' motion liberally, the Court realizes the parties are defendants.

[2] Case No. 2:21-cv-01313-GMN-VCF.